

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>            v.<br><br>Edy Aday OSORIO-Berrelleza,<br><br>                    Defendant. | Magistrate Docket No. '25 MJ1112<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1324(a)(1)(A)(ii)<br>Attempted Transportation of Illegal Aliens<br><br>Title 18 U.S.C. § 111 (a) (1) and (b)- Assault on a Federal Officer (Felony) |

The undersigned complainant, being duly sworn, states:

Count One

On or about March 12, 2025, within the Southern District of California, defendant Edy Aday OSORIO-Berrelleza, knowing or in reckless disregard of the fact that certain alien, namely, Gleida GOMEZ Lopez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count Two

On or about March 12, 2024, within the Southern District of California, defendant, Edy Aday OSORIO-Berrelleza, did forcibly assault a person named in Title 18, United States Code, Section 1114, to wit, a United States Border Patrol Agent, while the Agent was engaged in and on account of the performance of his official duties, such acts involving use of a deadly or dangerous weapon, to wit, OSORIO assaulted the Agent by throwing rocks at him; in violation of Title 18, United States Code, Sections 111(a) and (b), a felony.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 13, 2025.

_____
HON. DANIEL E. BUTCHER
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Edy Aday OSORIO-Berrelleza

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that Gleida Gomez Lopez, is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 12, 2025, Border Patrol Agents (BPA) C. Luna and K. Songco were performing their assigned duties in the Brown Field Border Patrol Station's Area of Responsibility. Both were in full rough duty uniform with badge and insignias visible.

At approximately 7:00 PM, BPA Luna responded to a seismic intrusion device located near an area known to Border Patrol Agents as the "8 Tube." As he arrived at the location, he observed two individuals. One of the individuals was running north away from his location and the other individual, later identified as material witness Gleida GOMEZ Lopez, was standing still. BPA Luna conducted an immigration inspection on GOMEZ who stated that she is a citizen of Mexico without any immigration documents allow her to enter or remain in the United States legally. At approximately 7:10 PM, BPA Luna placed GOMEZ under arrest.

Shortly after a CBP helicopter, call sign "Troy," responded to the area to search for the individual who continued running north. Troy was able to locate the individual, later identified as defendant Edy Aday OSORIO-Berrelleza. Troy relayed that OSORIO was throwing rocks at the helicopter. Troy then guided BPA Songco to the location of OSORIO. As BPA Songco was approximately 25 yards away from OSORIO, Troy advised that OSORIO was throwing rocks at Songco. BPA Songco could hear one of the rocks landing near his location and continued towards OSORIO's location. BPA Songco was able to detain OSORIO after attempting to abscond and forcefully pulling away from Songco. BPA Songco conducted an immigration inspection on OSORIO who stated that he is a citizen of Mexico without any immigration documents allowing him to enter or remain in the United States legally. At approximately 9:21 PM, BPA Songco placed OSORIO under arrest.

This area is located approximately 8.7 miles east of the Otay Mesa, California Port of Entry and approximately 1.3 miles north of the United States/Mexico international boundary.

Edy Aday OSORIO-Berrelleza was read his Miranda rights and stated that he understood his rights and was willing to answer questions without a lawyer present.

CONTINUATION OF COMPLAINT:
Edy Aday OSORIO-Berrelleza

OSORIO admitted to being the smuggler in this event. He stated that he was to be paid approximately $2,000 USD to smuggle one individual into the United States. OSORIO stated that once he noticed the helicopter was over him, he threw a rock at the helicopter. He also stated that he threw rocks around the agents once they were close to him.

Material witness Gleida GOMEZ Lopez stated that she is a citizen of Mexico without any immigration documents that would allow her to enter or remain in the United States legally. GOMEZ stated that smuggling arrangements were made prior to crossing and was to pay $10,000 USD if successfully smuggled into the United States.

GOMEZ stated that she crossed illegally through the mountains near Tecate, California. She stated that she utilized a smuggler to guide her into the United States. GOMEZ stated that she followed smuggler until they noticed Border Patrol Agents behind them. GOMEZ stated that the smuggler instructed her to run but was eventually arrested.

GOMEZ was shown photographic lineup and could not identify anyone.